IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JARED LUPTAK<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN MORTGAGE, L.L.C.<br><br>Defendant. | Civil Action No. 05-1572<br><br>Judge Lancaster / Mag. Judge Lenihan<br><br>Filed Through Electronic Filing System |

## JOINT STIPULATION TO VOLUNTARILY DISMISS AMENDED COMPLAINT AND DEFENDANT'S COUNTERCLAIM WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Jared Luptak ("Plaintiff") and Defendant Lincoln Mortgage ("Defendant"), by and through their undersigned counsel, hereby agree to voluntarily dismiss all claims raised in Plaintiff's Amended Complaint and Defendant's Counterclaim with prejudice.

WHEREAS, Plaintiff and Defendant agreed to resolve the amended collective action complaint against Defendant asserting violations of the Fair Labor Standards Act ("Amended Complaint");

WHEREAS, Plaintiff agreed to voluntarily dismiss all claims asserted in his Amended Complaint with prejudice;

WHEREAS, Defendant agreed to voluntarily dismiss all claims asserted in its Counterclaim with prejudice;

IT IS HEREBY AGREED between the Plaintiff and Defendant that all claims asserted in the Plaintiff's Amended Complaint and Defendant's Counterclaim are DISMISSED WITH PREJUDICE.

DATED this 19th day of July 2006.

Respectfully submitted,

s/ Kara M. Maciel
Kara M. Maciel, Esq.
DC 477363

KRUPIN O'BRIEN LLC
1156 Fifteenth Street, N.W., Suite 200
Washington, DC 20005
Phone: (202) 530-0700
Fax: (202) 530-0703
Email: kmm@krupinobrien.com

Counsel for Defendant Lincoln Mortgage LLC

s/ Jeffrey L. Suher
Jeffrey L. Suher, Esq.
4328 Old William Penn Highway
Suite 2J
Monroeville, PA 15146

Counsel for Jared Luptak

SO ORDERED, this 24th day of July, 2006.

_____
Hon. Gary L. Lancaster, U.S. District Judge